UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-160-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TERRANCE ANTWAN WILLIAMS | |

On motion of the defendant, Terrance Antwan Williams, and for good cause shown, it is hereby ORDERED that the **[DE 68]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 26 day of June, 2018.

JAMES C. DEVER III
Chief United States District Judge