IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-160-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRANCE ANTWAN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for a sentence reduction [D.E. 108] not later than November 4, 2022.

SO ORDERED. This _8_ day of October, 2022.

JAMES C. DEVER III
United States District Judge